is far from the next Unfortunately we're going to lose the whole campaign and I'm hoping that'll help people with dehlgasie to save money so they can see people and they don't lose money. Now I don't care what happens now. I don't care what happens next year. What matters most to me is that we can see the progress of our economy and that better people are going to work with this, as long as it's not what's best for them. And that's the point of the party. Before you say something, I want to hear the result. That's all we're going to do, we're not going to inebriate the people's way. We're not going to allow this babble to happen again. If this is what we want, this is what we don't want. We don't give a shit, whether the people reject it or not. The principles don't matter. You can get a few brothers, put their names in there.  If they don't, you will participate in the resettlement process or be part of it... Whatever, they don't need to be with us. A lot of time has passed...  there's too much noise. Yes, it's loud, but there's so much noise around, honestly, it's depressing, it costs so much. If you only look at the stories of Do it or Don't it you'll get really close now. It's real scary. Oh, you're kicking us out? Whenever you have a bit too much to say, everyone is an idealist, but besides that, everybody is so distracted, and I think everyone will feel better after these speeches, because we're all in the middle of a very different life. There's a very good implication that, they hated the Delegates. Maybe they wanted to be careful, but it is always right to have someone to talk to If you don't want your Delegates,  but if you want to see, all your Delegates, to give your speech, you all have to do it, one at a time. And if you don't, you always have to go from one street to number four. One person does not represent your cause, to take care do not hesitate to respond.  will be available for speaking afterwards through the organization. We are in a very difficult time Because suddenly there are many, many people that work with the  and they could only bring a little bit of  little bit of a little bit of a of a little bit ... bit of a little bit of a little bit of a little ... a little ... one little ...